THE CHICAGO, SANTA FE & CALIFORNIA RAILWAY COMPANY, *Appellant*, v. EUBANKS.

DIVISION ONE.

The Case of *Chicago, Sante Fe & California Railway Company v. Miller*, 106 Mo. 458, followed and affirmed.

REVERSED AND REMANDED.

*Appeal from Chariton Circuit Court.*—HON. G. D. BURGESS, Judge.

*Gardiner Lathrop, Kinley & Wallace* and *S. W. Moore* for appellant.

*Thos. Shackelford, Syd. Burks* and *Crawley & Son* for respondent.

BRACE, J.—This case in principle is on all fours with the case of the same plaintiff against Miller, 106 Mo. 458, decided at this term, and with the case of the same plaintiff against Bates *et al.*, in which an opinion is filed at this delivery, and for the reasons assigned in those cases the judgment of the circuit court will be reversed, and the cause remanded.    All concur.